[No. 14668–8–I. Division One. July 1, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–01282–8, George T. Mattson, J., entered
April 5, 1984. *Dismissed* by unpublished per curiam opin-
ion.

[No. 12857–4–I. Division One. July 1, 1985.]

TERRI LYNN FARRIS, *Appellant,* v. RAYMOND E.
GLYNN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–11496–2, Frank H. Roberts, Jr., J.,
entered February 24, 1983. *Affirmed* by unpublished opin-
ion per Ringold, J., concurred in by Williams and Coleman,
JJ.

[No. 12680–6–I. Division One. July 1, 1985.]

TUDOR ENGINEERING COMPANY, *Appellant,* v. HARRY
P. HOSEY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–05121–1, Frank H. Roberts, Jr., J.,
entered December 30, 1982. *Affirmed in part* and *reversed
in part* by unpublished opinion per Coleman, J., concurred
in by Swanson and Grosse, JJ.

[No. 15337–4–I. Division One. July 1, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN
LANTIS, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 82–1–00093–3, Byron L. Swedberg, J.,
entered September 5, 1984. *Dismissed* by unpublished per
curiam opinion.